W. A. HANNA v. THE STATE.

No. 20706. Delivered January 3, 1940.

The opinion states the case.

*J. V. Patterson,* of Decatur, and *Fred Minor,* of Denton, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted for the offense of converting funds belonging to Wise County, alleged to be in his possession, and was given a penalty of three years in the penitentiary.

For the reasons stated in cause No. 20,705, (page 183 of this volume) this case is reversed and remanded.